# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2106
Lower Tribunal No. 19-24336
_____

## NCL (Bahamas) Ltd., d/b/a Norwegian Cruise Lines,
Appellant,

vs.

## Sergeii Khrystiuk,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

GrayRobinson, P.A., Jack R. Reiter and Robert C. Weill, for appellant.

Hoffman Law Firm, and Paul M. Hoffman (Ft. Lauderdale); LMK Legal, and Laurence M. Krutchik; Russo Appellate Firm, P.A., Elizabeth K. Russo and Paulo R. Lima, for appellee.


Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.